AO 94  (Rev. 01/09) Commitment to Another District

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA,**
  Plaintiff,

v.                                                            5:25-mj-1066-PRL
                                                   Charging District's Case No. 25-cr-80055

**KARISSA OLGA MORALES,**
  **Defendant.**

FILED BY ___BM___ D.C.
Apr 11, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Southern District of Florida.

The defendant:   ☐ will retain an attorney.
                 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: April 10, 2025

_____
PHILIP R. LAMMENS
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                          5:25-mj-1066-PRL

**KARISSA OLGA MORALES,**
    Defendant.

_____

### FINDINGS AND ORDER OF REMOVAL PROCEEDINGS
### PURSUANT TO RULE 5, FED. R. CRIM. P.

Karissa Olga Morales, having been arrested and presented before me for removal proceedings pursuant to Rule 5, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(c)(3) thereof, the following has occurred of record.

An Initial Appearance on the Rule 5 Indictment from Southern District of Florida was held on April 10, 2025.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that Karissa Olga Morales is the person named in the indictment, a copy of which has been produced.

It is, therefore,

**ORDERED** that Karissa Olga Morales be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Ocala, Florida, on April 10, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of record

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

KARISSA OLGA MORALES,
    Defendant.

5:25-mj-1066-PRL
Charging District's Case No.
25-cr-80055-Dimitrouleas/Matthewman

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

    I, understand that I have been charged in another district, the Southern District of Florida, I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right to:

☐ an identity hearing and production of the warrant.
☐ a preliminary hearing
☐ a detention hearing
☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by the court.

    I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

April 10, 2025

_____
Defendant's signature

_____
Signature of defendant's attorney

Christina Bird
_____
Printed name of defendant's attorney

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                          5:25-mj-1066-PRL

**KARISSA OLGA MORALES,**
    Defendant.

AUSA: Tyrie Boyer
Deft. Atty.: Christine Bird

| JUDGE | Philip R. Lammens | DATE AND TIME | April 10, 2025 11:55 am – 12:03 pm 8 minutes |
|---|---|---|---|
| DEPUTY CLERK | K. Scott | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Not Present |

## CLERK'S MINUTES – INITIAL APPEARANCE (Rule 5c)

Defendant arrested on an Indictment from the Southern District of Florida.

Defendant advised of rights, charges, penalties, etc.

Defendant's oral motion to appoint counsel is GRANTED. Federal Defender appointed.

Court advises defendant of Rule 20 rights.

Court advised the parties of the requirements of the Due Process Protections Act.

Defendant waives right to an identity hearing but requests to have both preliminary and detention hearings in the prosecuting district.

Government orally moves for detention.

Court remands defendant back to the custody of the U.S. Marshal to be transported to the Southern District of Florida.

**COMMITMENT TO ANOTHER DISTRICT TO ENTER.**

**ORDER OF REMOVAL RULE 5/32.1 TO ENTER.**

**FILED IN OPEN COURT:**
Financial Affidavit,
Waiver of Rule 5 & 5.1 Hearings

Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# U.S. District Court
## Middle District of Florida (Ocala)
### CRIMINAL DOCKET FOR CASE #: 5:25-mj-01066-PRL-1

| | |
|---|---|
| Case title: USA v. Morales | Date Filed: 04/10/2025 |
| Other court case number: 25-cr-80055 Southern District of Florida | Date Terminated: 04/10/2025 |

Assigned to: Magistrate Judge Philip R. Lammens

## **Defendant (1)**

**Karissa Olga Morales**  
*TERMINATED: 04/10/2025*

represented by **Christine Nan Bird**  
Office of the Federal Defender  
201 S. Orange Avenue  
Suite 300  
Orlando, FL 32801  
352-351-9157  
Email: christine_bird@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**

**Disposition**

Case 9:25-cr-80055-WPD   Document 7   Entered on FLSD Docket 04/11/2025   Page 7 of 8

**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

DISPENSE

---

**Plaintiff**

| USA | | | represented by | **Tyrie K. Boyer** |

US Attorney's Office
Middle District of Florida
35 SE 1st Avenue, Suite 300
Ocala, FL 34471
352/547-3600
Email: tyrie.boyer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2025 | 1 | Arrest pursuant to Rule 5(c)(2) of Karissa Olga Morales from the Southern District of Florida. (KLS) (Entered: 04/10/2025) |
| 04/10/2025 | 2 | ***CJA 23 Financial Affidavit by Karissa Olga Morales. (KLS) (Entered: 04/10/2025) |
| 04/10/2025 | 3 | ORAL MOTION to Appoint Counsel by Karissa Olga Morales. (KLS) (Entered: 04/10/2025) |
| 04/10/2025 | 4 | ORAL MOTION for Detention by USA as to Karissa Olga Morales. (KLS) (Entered: 04/10/2025) |
| 04/10/2025 | 5 | Minute Entry for In Person proceedings held before Magistrate Judge Philip R. Lammens: granting Oral Motions 3 and 4; INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 4/10/2025 as to Karissa Olga Morales from the Southern District of Florida. (DIGITAL) (KLS) (Entered: 04/10/2025) |
| 04/10/2025 | 6 | WAIVER of Rule 5 & 5.1 Hearings hearing by Karissa Olga Morales. (KLS) (Entered: 04/10/2025) |
| 04/10/2025 | 7 | **COMMITMENT TO ANOTHER DISTRICT as to Karissa Olga Morales. Defendant committed to the Southern District of Florida. Signed by Magistrate Judge Philip R. Lammens on 4/10/2025. (KLS)** (Entered: 04/10/2025) |
| 04/10/2025 | 8 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Southern District of Florida as to Karissa Olga Morales. Signed by Magistrate Judge Philip R. Lammens on 4/10/2025. (KLS)** (Entered: 04/10/2025) |
| 04/10/2025 | | NOTICE to Southern District of Florida of a Rule 5 or Rule 32 Initial Appearance as to Karissa Olga Morales regarding your case number: 25-cr-80055. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (KLS) (Entered: 04/10/2025) |

Query     Reports     Utilities     Help     What's New     Log Out